UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 98-1697

———————————

JAMES ARTHUR YOUNG, a/k/a Jim Young, Adver-
tising for all living and deceased persons
from tobacco related illness within USA, et
al,

Plaintiff - Appellant,

versus

MARYLAND, and other 49 States and Territories
of United States, et al,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Marvin J. Garbis, District Judge. (CA-98-
1260-MJG)

———————————

Submitted:  August 27, 1998        Decided:  September 11, 1998

———————————

Before NIEMEYER and HAMILTON, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

James Arthur Young, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his civil action for lack of subject matter jurisdiction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Young v. Maryland</u>, No. CA-98-1260-MJG (D. Md. May 6, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>